# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 14-cr-00061-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    RUBEN CASILLAS-GARCIA,

    Defendant.

_____

## ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING
_____

Pursuant to the Notice of Disposition (ECF No. 14) filed on March 26, 2014 and Unopposed Motion for Immediate Sentencing filed on March 27, 2014 (ECF No. 16).  A Change of Plea and Sentencing Hearing are set for **April 28, 2014**, at **1:00 p.m.**  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **April 24, 2014**, at 10:00 a.m. and the **three-day** jury trial scheduled for **April 28, 2014**, at 9:00 a.m. are VACATED.

DATED this 27th day of March.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge