**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   14-cr-00061-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RUBEN CASILLAS-GARCIA,

    Defendant.

---

### ORDER

---

    PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Raymond P. Moore, United States District Judge, on April 28, 2014, it is hereby

    ORDERED that Defendant, Ruben Casillas-Garcia, is sentenced to **TIME SERVED.**

    Dated:  April 28, 2014.

                                BY THE COURT:

                                  s/ Raymond P. Moore
                                  RAYMOND P. MOORE,
                                  UNITED STATES DISTRICT JUDGE